## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Terinica Thomas,

Plaintiff(s),

v.

City Of Chicago,

Defendant(s).

Case No. 20 C 4323
Judge Gary Feinerman

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendant City of Chicago and against Plaintiff Terinica Thomas. Plaintiff's federal claim is dismissed with prejudice, and the court relinquishes jurisdiction over her state law claim, which she may re-file in state court, subject to any applicable defenses. Plaintiff is entitled to no relief in this court.

This action was *(check one)*:
☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 5/13/2021

Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk